# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5100**                                       **September Term, 2021**

**1:16-cv-02149-TJK**

**Filed On: April 25, 2022** [1944254]

Felecia Redding,

       Appellant

   v.

Lloyd J. Austin, III, Secretary, United States
Department of Defense,

       Appellee

**M A N D A T E**

    In accordance with the order of March 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                    BY:    /s/
                                                          Daniel J. Reidy
                                                          Deputy Clerk

Link to the order filed March 1, 2022